1  QUIN DENVIR, Bar #49374
   Federal Defender
2  Melody M. Walcott, Bar #219930
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant
   LUIS MARTIN POLINO-AZEVEDO
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )   NO. 01-02-cr-05280 AWI
                                     )
12            Plaintiff,             )   STIPULATION TO CONTINUE STATUS
                                     )   CONFERENCE; AND; AND
13       v.                          )   ORDER THEREON
                                     )
14 LUIS MARTIN POLINO-AZEVEDO,       )
                                     )   Date:  May 16, 2005
15            Defendant.             )   Time:  9:00 a.m.
                                     )   Judge: Hon. Anthony W. Ishii
16 _____ )

17       IT IS HEREBY STIPULATED, by and between the parties hereto, and through their

18 respective attorneys of record herein, that the Status Conference Hearing scheduled in the

19 above captioned matter for May 2, 2005 may be continued to **May 16, 2005 at**

20 **9:00 a.m.**

21       The grounds for the continuance are defense preparation and plea negotiations.

22       The parties agree that the delay resulting from the continuance shall be excluded in the

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

interests of justice herein pursuant to 18 U.S.C. 3161(h)(8)(A).

DATED: April 19, 2005             McGREGOR M. SCOTT
                                  United States Attorney


                                  /s/ Marianne A. Pansa
                                  MARIANNE A. PANSA
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff


DATED: April 19, 2005             QUIN DENVIR
                                  Federal Defender


                                  /s/ Melody M. Walcott
                                  MELODY M. WALCOTT
                                  Assistant Federal Defender
                                  Attorney for Defendant

# O R D E R

IT IS SO ORDERED.

**Dated:   April 20, 2005**            **/s/ Anthony W. Ishii**
0m8i78                                 UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference          2