QUIN DENVIR, Bar #49374
Federal Defender
Melody M. Walcott, Bar #219930
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LUIS MARTIN POLINO-AZEVEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 01-02-cr-05280 AWI |
|---|---|---|
| Plaintiff, | ) | *AMENDED* |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE; AND; AND |
| | ) | ORDER THEREON |
| LUIS MARTIN POLINO-AZEVEDO, | ) | |
| | ) | |
| Defendant. | ) | Date:  June 6, 2005 |
| | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED, by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing scheduled in the above captioned matter for May 16, 2005 may be continued to **June 6, 2005 at 9:00 a.m.**

The grounds for the continuance are defense preparation and plea negotiations.

The parties agree that the delay resulting from the continuance shall be excluded in the

///
///
///
///
///

1  interests of justice herein pursuant to 18 U.S.C. 3161(h)(8)(A).

2  DATED: May 12, 2005                McGREGOR M. SCOTT
                                      United States Attorney

                                      /s/ Sheila K. Oberto
                                      SHEILA K. OBERTO
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

   DATED: May 12, 2005                QUIN DENVIR
                                      Federal Defender

                                      /s/ Melody M. Walcott
                                      MELODY M. WALCOTT
                                      Assistant Federal Defender
                                      Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

**Dated:   May 13, 2005**            /s/ Anthony W. Ishii
0m8i78                               UNITED STATES DISTRICT JUDGE

*Amended* Stipulation to Continue Status Conference          2