1  QUIN DENVIR, Bar #49374
   Federal Defender
2  Melody M. Walcott, Bar #219930
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California 93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant
   LUIS MARTIN POLINO-ACEVEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 01-02-cr-05280 AWI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE HEARING; AND ORDER |
| | ) | THEREON |
| LUIS MARTIN POLINO-ACEVEDO, | ) | |
| | ) | |
| Defendant. | ) | Date:  July 11, 2005 |
| | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED, by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing scheduled in the above captioned matter for June 6, 2005 may be continued to **July 11, 2005 at 9:00 a.m.**

   The grounds for the continuance are further defense preparation.

   The parties agree that the delay resulting from the continuance shall be excluded in the

///
///
///
///
///

interests of justice herein pursuant to 18 U.S.C. 3161(h)(8)(A).

DATED: June 2, 2005                           McGREGOR M. SCOTT
                                              United States Attorney


                                              /s/ Sheila K. Oberto
                                              SHEILA K. OBERTO
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff


DATED: June 2, 2005                           QUIN DENVIR
                                              Federal Defender


                                              /s/ Melody M. Walcott
                                              MELODY M. WALCOTT
                                              Assistant Federal Defender
                                              Attorney for Defendant

# O R D E R

IT IS SO ORDERED.

**Dated:   June 3, 2005**                     **/s/ Anthony W. Ishii**
0m8i78                                        UNITED STATES DISTRICT JUDGE